BARO GRUBELICH, Respondent, *v.* NEW BRUNSWICK FIRE INSURANCE COMPANY OF NEW BRUNSWICK, NEW JERSEY, Appellant.

(Submitted March 15, 1934; decided April 17, 1934.)

*John L. Fletcher* and *Frank N. Crosby* for appellant.
*David Goldstein* and *Thomas G. Frost* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.